UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BRIAN DAVID OGLESBY, SR.     CIVIL ACTION

VERSUS     NO: 09-3593

MARLON T. GUSMAN ET AL.     SECTION: R(2)

## **ORDER**

Before the Court is plaintiff Brian David Oglesby's Written Objections to the Magistrate Judge's Report and Recommendation. (*See* R. Doc. 6, 7.) The Court, having reviewed *de novo* Oglesby's complaint (*see* R. Doc. 3.), the record, the applicable law, the report and recommendation (*see* R. Doc. 5), and Mr. Oglesby's objections (*see* R. Doc. 6), hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly, Mr. Oglesby's complaint is hereby dismissed with prejudice.

New Orleans, Louisiana, this 7th day of October, 2009.

             *Sarah Vance*
             _____
             SARAH S. VANCE
             UNITED STATES DISTRICT JUDGE